UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MARK DARCH ) | |
| ) | |
| vs. ) | Case No. 09-5040-CV-SW-RED-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |

\_  Jury Verdict.  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the decision of the Administrative Law Judge is hereby AFFIRMED.

**IT IS SO ORDERED.**

July 12, 2010                         Ann Thompson
Date                                  Clerk of the Court


Entered on: July 12, 2010              s/ Karen Siegert
                                       (By) Deputy Clerk